1

**RESNICK & LOUIS, P.C.**
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 4913
jballin@rlattorneys.com
FREDRICK J. BIEDERMANN, ESQ.
Nevada Bar No. 11918
fbiedermann@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone:  (702) 997-3800
Facsimile:  (702) 997-3800
*Attorneys for Defendants*
*Sam's West, Inc. d/b/a Sam's Club and Walmart, Inc.*

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

JUANA JUAREZ,

12

            Plaintiff,

13

vs.

14

SAM'S WEST, INC. d/b/a SAM'S CLUB, a
foreign corporation; WALMART, INC., a
foreign corporation; DOES I through X; and
ROE ENTITIES I through X,

15

16

            Defendants.

17

CASE NO.: 2:22-cv-01250-RFB-DJA

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

18

        IT IS HEREBY STIPULATED by and between Defendants, SAM'S WEST, INC. d/b/a

19

SAM'S CLUB and WALMART, INC., by and through their attorneys of record, JEFFREY H.

20

BALLIN, ESQ. and FREDRICK J. BIEDERMANN, ESQ., of the law firm of RESNICK &

21

LOUIS, P.C. and Plaintiff, JUANA JUAREZ, by and through his attorney of record, DAVID A.

22

TANNER, ESQ. of TANNER LAW FIRM, that all claims of JUANA JUAREZ arising out of

23

Case No.: 2:22-cv-01250-RFB-DJA against SAM'S WEST, INC. and WALMART, INC. and all

24

parties be dismissed with prejudice

25

///

26

///

27

///

28

in their entirety, with each of the parties to bear their own attorney's fees and costs.

Dated this 4th day of April, 2023.

**RESNICK & LOUIS, P.C.**

JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 4913
FREDRICK J. BIEDERMANN, ESQ.
Nevada Bar No. 11918
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorneys for Defendants Sam's West and Walmart, Inc.*

Dated this 4th day of April, 2023.

**TANNER LAW FIRM**

DAVID A. TANNER, ESQ.
Nevada Bar No. 8282
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89113
*Attorney for Plaintiff Juana Juarez*

## ORDER

IT IS HEREBY ORDERED that all claims of PLAINTIFF JUANA JUAREZ arising out of Case No. 2:22-cv-01250-RFB-DJA against Defendants SAM'S WEST, INC. d/b/a SAM'S CLUB and WALMART, INC, and all parties be dismissed with prejudice in their entirety, with each of the parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this __13th__ day of April, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted By:

**RESNICK & LOUIS, P.C.**

/s/ Fredrick J. Biedermann
_____
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 4913
FREDRICK J. BIEDERMANN, ESQ.
Nevada Bar No. 14026
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
_Attorneys for Defendant_
_Walmart, Inc._

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served this 12th day of April, 2023, by:

[ ]   **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ]   **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a).  A printed transmission record is attached to the file copy of this document.

[ ]   **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[X]   **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to EDCR Rule 7.26(c)(4).

David A. Tanner, Esq.
Nevada Bar No. 8282
Tanner Law Firm
7895 West Sunset Road, Suite 115
Las Vegas, NV  89113
(702) 987-8070
david@tannerlawfirm.com
*Attorneys for Plaintiff*
  *Juana Juarez*

*/s/ Lisa Bell*

An Employee of Resnick & Louis, P.C.

4